No. 1254. E. B. & A. C. WHITING Co. *v.* SHAW ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE WHITE are of the opinion that certiorari should be granted. *Irving M. Tullar* for petitioner. *Granville M. Pine* for respondents.

No. 1366. LEAVY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Floyd V. Smith* for petitioner. *Solicitor General Griswold* for the United States.

No. 1322. MESILLA VALLEY FLYING SERVICE, INC. *v.* CESSNA FINANCE CORP. Sup. Ct. N. M. Motion to dispense with printing petition granted. Certiorari denied. *James A. Landon* for petitioner.

No. 1326. ALASKA *v.* HICKEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Motion of Alaska Federation of Natives for leave to file a brief as *amicus curiae* granted. Certiorari denied. *G. Kent Edwards,* Attorney General of Alaska, and *Charles K. Cranston,* Assistant Attorney General, for petitioner. *Solicitor General Griswold, Assistant Attorney General Kashiwa, S. Billingsley Hill,* and *Edmund B. Clark* for Hickel et al., and *Arthur Lazarus, Jr.,* and *Barry Jackson* for Native Village of Nenana, respondents. *Jay H. Topkis* on the motion for Alaska Federation of Natives as *amicus curiae* in opposition to the petition.

No. 1568, Misc. WOODS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.